UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DAMIAN CHIMBOLEMA, et al., individually and
on behalf of all others similarly situated,

                Plaintiffs,

-against-

BROOKLYN GRID LLC, et al.,

                Defendants.
------------------------------------------------------------X

24-CV-02844 (JMF)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/2024

**SARAH NETBURN, United States Magistrate Judge**:

      On Wednesday, April 17, 2024, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. Pursuant to Judge Furman's Order, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference by June 24, 2024. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 20, 2024
               New York, New York