UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAMIAN CHIMBOLEMA, et al.,

                       **Plaintiffs,**

      -against-

**BROOKLYN GRID LLC, et al.,**

                       **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024

24-CV-02844 (JMF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On September 6, 2024, the Court stayed this action. ECF No. 30. The Court no longer believes the stay is appropriate, and the Clerk of Court is requested to lift the stay. The parties are ORDERED to meet and confer and submit a joint letter addressed to Hon. Jesse M. Furman by November 12, 2024, proposing a reasonable schedule to file a motion for conditional certification of a collective action and to complete discovery. The parties may contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov if they believe a second settlement conference would be productive.

**SO ORDERED.**

                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:    October 29, 2024
               New York, New York